1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOHN M. CARDENAS,
11           Plaintiff,                      No. CIV S-06-2335 DAD PS
12       v.
13  MICHAEL J. ASTRUE,                       ORDER
    Commissioner of Social Security,
14
             Defendant.
15  _____/
16           On November 13, 2006, the court issued a scheduling order which required
17  plaintiff to file a motion for summary judgment and/or remand within 45 days from being served
18  with a copy of the administrative record.  Plaintiff did not file the required motion within 45 days
19  after the administrative record was served by defendant on March 28, 2007.  On May 30, 2007,
20  plaintiff was ordered to show cause in writing within twenty days why this case should not be
21  dismissed for lack of prosecution.  Plaintiff was cautioned that failure to file the required writing
22  will result in dismissal of this action.
23           Plaintiff did not respond to the court's order to show cause.  However, plaintiff
24  has now filed an untimely motion for summary judgment.  In light of plaintiff's pro se status, and
25  in the interests of justice, the court will discharge the order to show cause and permit plaintiff to
26  proceed.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The court's order to show cause filed May 31, 2007 is discharged;

3    2. Defendant's opposition to plaintiff's motion for summary judgment shall be
4 filed within 30 days from service of this order; and

5    3. Plaintiff's reply brief, if any, shall be filed within 20 days from service of
6 defendant's opposition.

7 DATED: June 26, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/cardenas2335.osc.disch